In the Matter of the Application of LANSING LIQUIDA-TION CORPORATION, Appellant, for the Appointment of Three Persons to Appraise the Value of Its Stock.

BANKERS ENCYCLOPEDIA COMPANY, Respondent.

*Matter of Lansing Liquidation Corporation,* 176 App. Div. 914, appeal dismissed.

(Submitted October 1, 1917; decided October 9, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1917, which affirmed an order of Special Term in a proceeding for the appointment of appraisers.

The motion was made upon the ground that no appeal lay to the Court of Appeals from the order of the Appellate Division.

*H. Gerald Chapin* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.